3:10CV-34-S

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

10 JAN -4 PM 12: 17

Dear Clerk of Court,

Jan. 1, 2010 Time: 9:00 Am

I William Todd Bowlds do believe the Common Wealth of Kentucky has caused me Constitution deprevation.

I was plead guilty of Anhydrous Amonia, Guity but mentally Ill.

On my day of final sentencing June 5, 2009 Hancok County Circut Court My Attorney Robert Sexton, Public Advocacy dept. advised me not to answer any of the Circut Judge Ronnie Dortch's questions until I looked at him first. and he would shake his head at me to Asnwer yes or no.

When the Judge ask me if I was under the influence of any Narcotics, I look at my Attorney he shook his head for me to answer no to the Judge's question. I told the Judge I wasn't under the influence of Narcotics becouse my Attorney advised me to say no when infact I was 40 mg of Adderall, 4mg Klonopin, and 900mg of Seroquel wich are Narcotics. I have records

I would like to file a law suit against Robert Sexton, in his individual Capasity and the Common Wealth of Kentucky in its officail Capacity.

Also I would like to know what steps I need to take, or what procedures to follow to have this case thrown out.

I have been misrepresented my the

Common Wealth of Kentucky,

Sincerly,
William Todd Bowlds
x William Todd Bowlds

Certificat of Service

I William Todd Bowlds hereby mailed the foregoing to the Clerk of Court by using the United States post office on January 1, 2010.

office of the Clerk
United States District Court
Western District of Kentuck
601 West Broadway, Suite 106
Louisville, Kentucky 40202-2249

William Todd Bowlds
x William Todd Bowlds

William Todd Bowlds #162603
B.C.D.C.
500 Glen Nash rd.
Hardinsburg, Ky 40143

UNCENSORED MAIL
WESTERN DISTRICT OF KY
USA 44

10 JAN -4 PM 12:17

Office of the Clerk
United States District Court
Western District of Kentucky
601 West Broadway, Suite 106
Louisville, Kentucky 40202-2249

Case 4:10-cv-00044-JHM   Document 1   Filed 01/11/10   Page 3 of 3 PageID #: 3